■ EDWARD A. LEGARRETA, M.D., Respondent, v MELISSA A.L. NEAL, M.D., et al., Appellants. MELISSA NEAL, M.D., Appellant, v EDWARD A. LEGARRETA, M.D., et al., Respondents. (Appeal No.

1.) [967 NYS2d 855]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered December 19, 2011. The order, among other things, directed Melissa A.L. Neil, M.D. to produce a complete list of all of her patients including names, addresses and dates of treatment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Legarreta v Neal* (108 AD3d 1067 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.